1  ASCENSION LAW GROUP
   PAMELA TSAO( 266734)
2  2030 E. 4th Street
   Suite 205
3  Santa Ana, CA 92705
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff HOANG MINH LE
6

7

8  **CENTRAL DISTRICT OF CALIFORNIA**

9

10 HOANG MINH LE, an individual        )   Case No.:  5:16-cv-02626-CAS-SP
                                       )
11          Plaintiff,                 )   **PLAINTIFF'S NOTICE OF**
                                       )   **VOLUNTARY DISMISSAL OF**
12      vs.                            )   **ENTIRE ACTION WITH**
                                       )   **PREJUDICE PURSUANT TO**
13 C.P.I. PROPERTIES, LLC, a limited   )   **FEDERAL RULE OF CIVIL**
   liability company,                  )   **PROCEDURE 41(a)(1)**
14                                     )
            Defendants.                )
15                                     )
                                       )
16                                     )
                                       )
17                                     )
                                       )
18                                     )
                                       )
19                                     )
                                       )
20                                     )
                                       )
21                                     )
                                       )
22                                     )
                                       )
23                                     )

24

25

26

27

28

---

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
**5:16-CV-02626-CAS-SP**

**PLEASE TAKE NOTICE** that Plaintiff Hoang Minh Le ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in revelant part:

(a) **Voluntary Dismissal.**

   (1) By the Plaintiff.

      (A)   *Without a Court Order.*  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

         (i)   A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant C.P.I. PROPERTIES, LLC, has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, Defendant may be dismissed with prejudice and without an Order of the Court.

ASCENSION LAW GROUP, PC

DATE: January 30, 2017

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

Hoang Minh Le